

58 P.3d 73

# SUPREME COURT OF HAWAI'I

**November 8, 2002**

| 24828 | State v. Pau | Affirmed |
| 23362 | State v. Tran | Affirmed |

**November 14, 2002**

| 24087 | State v. Malufau | Affirmed |

**November 15, 2002**

| 24600 | Poe v. Hawaii Labor Relations Bd. | Affirmed |
| 24256 | State v. Corcoran | Affirmed |
| 24867 | State v. Sala | Affirmed |

**November 27, 2002**

| 24385 | State v. Thomas | Affirmed |

**November 29, 2002**

| 24583 | State v. Myers | Affirmed |